

NUMBER 13-09-00191-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**RONALD E. ORMAND,**                                                        **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                        **Appellee.**

**On appeal from the 36th District Court of Aransas County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Ronald E. Ormand, perfected an appeal from a judgment rendered against him in favor of appellee, The State of Texas. On June 9, 2009, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on June 5, 2009, and that the district clerk, Pam Heard, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court

notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Memorandum Opinion delivered and filed
this the day of 30th day of July, 2009.

2